UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

GARY REES,

        Plaintiff,

   vs.

TOWN OF CUMBERLAND,

        Defendant.

Case 2:22-cv-00374-LEW

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING THE STIPULATION OF DISMISSAL

        Defendant Town of Cumberland, by and through counsel, hereby moves without opposition to extend the time to file the stipulation of dismissal by thirty days based on the following:

        1.     The parties participated in a judicial settlement conference in which they agreed to a settlement that was contingent upon consent by the Town Council of the Town of Cumberland.

        2.     On July 28, 2023, counsel notified the Court that the Town Council had consented to the settlement.

        3.     Also on July 28, 2023, the Court issued a procedural order that required the parties to file a stipulation of dismissal on or before August 28, 2023.

        4.     On August 28, 2023, counsel filed an unopposed motion to extend the deadline to file the stipulation of dismissal by thirty days to September 27, 2023 which the Court granted by Order on the same date.

        5.     Since the entry of that order, the parties have been attempting to finalize the terms of documents that are required for the settlement; however, there are still issues remaining to be resolved.

6.      Undersigned counsel requests that the Court extend the deadline for the parties to file a stipulation of dismissal by thirty (30) days.

7.      The Town's counsel has conferred with the Plaintiff's counsel and has been authorized to represent that the Plaintiff does not object to this Motion or to the requested relief.

WHEREFORE, the Town requests that the Court grant its motion to extend time and order that the deadline for the parties to file a stipulation of dismissal is extended by thirty (30) days to October 27, 2023.

Dated at Portland, Maine this 28th day of September, 2023.

> Attorneys for Defendant Town of Cumberland
> MONAGHAN LEAHY, LLP
> 95 Exchange Street, P.O. Box 7046
> Portland, ME 04112-7046
> (207) 774-3906
> jwall@monaghanleahy.com

BY:      /s/ John J. Wall, III
         John J. Wall, III

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023, I electronically filed **Defendant's Unopposed Motion to Extend the Deadline for Filing the Stipulation of Dismissal** using the CM/ECF system, which will provide notice to me and all other counsel of record.

Dated at Portland, Maine this 28th day of September, 2023.

> Attorneys for Defendant Town of Cumberland
> MONAGHAN LEAHY, LLP
> 95 Exchange Street, P.O. Box 7046
> Portland, ME 04112-7046
> (207) 774-3906
> jwall@monaghanleahy.com

BY:      /s/ John J. Wall, III
         John J. Wall, III

2