UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| GARY REES,<br><br>      Plaintiff,<br><br>vs.<br><br>TOWN OF CUMBERLAND,<br><br>      Defendant. | Case 2:22-cv-00374-LEW |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action is hereby dismissed with prejudice and without attorney's fees or costs to any party.


Date:

/s/ Laura H. White
Laura H. White, Esq.
Attorney for Plaintiff Gary Rees
White & Quinlan
62 Portland Road, Suite 21
Kennebunk, ME 04043
(207) 502-7484
lwhite@whiteandquinlan.com

Date:

/s/ John J. Wall, III
John J. Wall, III, Esq.
Attorney for Defendant Town of Cumberland
Monaghan Leahy, LLP
95 Exchange Street, P.O. Box 7046
Portland, ME 04112-7046
(207) 774-3906
jwall@monaghanleahy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023, I electronically filed **Stipulation of Dismissal with Prejudice** using the CM/ECF system, which will provide notice to me and all other counsel of record.

Dated at Portland, Maine this 27th day of October, 2023.

> Attorneys for Defendant Town of Cumberland
> MONAGHAN LEAHY, LLP
> 95 Exchange Street, P.O. Box 7046
> Portland, ME 04112-7046
> (207) 774-3906
> jwall@monaghanleahy.com
>
> **BY:**   */s/ John J. Wall, III*
> John J. Wall, III